UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WAYNE JOHNSON, JR.<br><br>            Petitioner,<br><br>      v.<br><br>A. HEDGPETH, Warden,<br><br>            Respondent. | Case No. ED CV 09-1577-GW (CT)<br><br>**J U D G M E N T** |

    In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: May 3, 2010

                                                  GEORGE H. WU<br>
                                    UNITED STATES DISTRICT JUDGE